```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                         AT ROANOKE, VA
                                                              FILED
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF VIRGINIA              FEB 10 2006
                    ROANOKE DIVISION
                                                       JOHN F. CORCORAN, CLERK
                                                       BY:
JAMES BOYD,                    )                          DEPUTY CLERK
       Plaintiff,              )      Civil Action No. 7:06cv00093
                               )
v.                             )      FINAL ORDER
                               )
                               )
MICHAEL MCDONALD,              )      By: Samuel G. Wilson
       Defendant.              )      United States District Judge
```

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Boyd's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 10th day of February, 2006.

_____
United States District Court Judge